452 A.2d 53

Chechak, Appellant v. Consolidated Rail Corp.
Petition for Allowance of Appeal Denied Feb. 23, 1983.

Submitted October 15, 1981. Thomas L. Cooper, for appellant; Aloysius F. Mahler, for appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.

452 A.2d 53

Commonwealth v. Aaron, Appellant.
Petition for Allowance of Appeal Denied April 19, 1983.

Submitted November 10, 1981. Ivan S. Abrams, for appellant; James Lees, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.